PROB 12C
(7/93)

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VIRGINIA
**FILED**
October 31, 2024
Laura A. Austin, Clerk
By: s/ *Kelly Anglim*
Deputy Clerk

# United States District Court
## for the
## Western District of Virginia
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Sarah Elizabeth Reed                              Case Number:  7:18CR00011-02

Name of Sentencing Judicial Officer:  The Honorable Elizabeth K. Dillon, Chief U.S. District Judge

Date of Original Sentence:  August 20, 2020

Original Offense:   Conspiracy to Distribute and Possess with Intent to Distribute 100 Grams or More of Heroin

Original Sentence:  65 months incarceration followed by 4 years supervised release

Type of Supervision:  Supervised release            Date Supervision Commenced:  November 24, 2023

Asst. U.S. Attorney:  R. Andrew Bassford            Defense Attorney:  Robert C. Hagan Jr.

---

### PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation office believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1:** *"You must not commit another federal, state, or local crime"*<br><br>On September 28, 2024, Reed was arrested for one count of misdemeanor Embezzlement: <$1000. She was released on bond on October 4, 2024, and her next court date is set for November 18, 2024, in the Pulaski County General District Court. |
| 2 | **Standard Condition #5:** *"You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with) changes, you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change."*<br><br>On October 4, Reed was released on bond for her pending Embezzlement charge. Since that time, the probation officer has been unable to contact her. Her phone is disconnected and attempts to contact her at home were unsuccessful. The probation officer spoke over the phone with Reed's wife, Shain Kendzia, who reported they are now separated and that she is unaware of Reed's current location. She also confirmed that they no longer live at the apartment previously shared, which is this |

Name of Offender:  Sarah Elizabeth Reed                    Case Number:  7:18CR00011-02

officer's last known address for Reed. The probation officer also contacted the LewisGale Hospital in Pulaski, Virginia, and they verified that Reed is not a current patient at their facility. At this time, Reed has made no attempts to contact the probation officer to report a new residence and her current location is unknown.

U.S. Probation Officer Recommendation:

The term of supervision should be:

[X] Revoked
[ ] Extended for  year(s), for a total term of  years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        October 29, 2024

Nathan R. Sigmon
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant (Petition, violation report, and warrant shall be **SEALED** until execution of warrant.)
[ ] The Issuance of a Summons
[ ] Other

/s/ Elizabeth K. Dillon
Signature of Judicial Officer

October 31, 2024
Date